SCHUYLER HANSON, Respondent, v. QUEENSBORO FARM PRODUCTS, INC., Appellant.— No opinion. The defendant's time to answer or otherwise plead is extended until ten days after the entry of the order hereon. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Accounting of IRVING TRUST COMPANY et al., as Trustees of the Trust for ELLEN B. STOECKEL Under the Will of JOSEPH BATTELL, Deceased. ROSA E. TUTTLE, Appellant; WINIFRED M. SHELDON, as Executrix of ROBERT T. SHELDON, Deceased, et al., Respondents.— No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Arbitration Between NATHAN ELKIN, Respondent, and JULIUS M. ROSENTHAL et al., Appellants.— No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

In the Matter of SALEM E. MUNYER, Respondent, against A. E. MUNYER ELECTROTYPE CO., INC., et al., Appellants.— A triable issue as to respondent's ownership of any stock is created by the pleadings and papers. (Civ. Pr. Act, § 1295.) Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.